# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeremy Scott, individually and on Behalf of All Other Similarly Situated, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| Thru Tubing Solutions, Inc., | ) ) Case No. 1:15-cv-037 |
| Defendants. | ) |

Before the court is a motion for attorney Saba H. Alvi to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Saba H. Alvi has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Saba H. Alvi has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 3) is **GRANTED**. Attorney Saba H. Alvi is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2017.

>	*/s/ Charles S. Miller, Jr.*
>	Charles S. Miller, Jr., Magistrate Judge
>	United States District Court