# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeremy Scott, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) **ORDER GRANTING JOINT MOTION** ) **TO STAY PROCEEDINGS** |
| vs. | ) ) |
| Thru Tubing Solutions, Inc., | ) Case No. 1:17-cr-037 ) |
| Defendant. | ) |

Before the court is a Joint Motion to Stay Proceedings filed by the parties on May 25, 2017. The parties advise of their intent to engage in preliminary settlement negotiations. They request a stay of this case and all pretrial deadlines, including defendant's deadline for filing a response to plaintiff's Motion for Rule 23 Class Certification.

The court **GRANTS** the Joint Motion to Stay Proceedings (Docket No. 16). Defendant's deadline for responding to plaintiff's Motion for Rule 23 Class Certification is suspended and the above-entitled action is stayed pending further order of the court. The parties shall submit a report to the court by August 1, 2017, to advise of the status of this matter.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court