# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeremy Scott, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| vs. ) ) | |
| Thru Tubing Solutions, Inc., ) ) | Case No. 1:17-cv-037 |
| Defendant. ) | |

Before the court is an "Unopposed Motion for Limited Release from Stay" filed by plaintiff on July 24, 2017. On May 31, 2017, the court issue an order suspending defendant's deadline for responding to plaintiff's Motion for Rule 23 Class Certification and staying the above-entitled action. Plaintiff now requests a limited release from the stay of proceedings for the limited purpose of filing a Motion for Conditional Certification.

The court **GRANTS** plaintiff's motion (Docket No. 18). Plaintiff may file a Motion for Conditional Certification only. The case and all pretrial deadlines, including defendant's deadline to file a response to plaintiff's Motion for Conditional Certification and defendant's deadline to file a response to plaintiff's Motion for Rule 23 Class Certification, shall remain stayed pending further order of the court.

Dated this 25th day of July, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court