# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeremy Scott, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | **ORDER GRANTING JOINT MOTION FOR SETTLMENT APPROVAL** |
| vs. ) ) | Case No. 1:17-cv-037 |
| Thru Tubing Solutions, Inc., ) ) | |
| Defendant. ) | |

___

Before the Court is the parties' "Joint Motion for Approval of Settlement" filed on March 30, 2018.  See Docket No. 27.  The parties jointly seek approval of a settlement resolving collective claims for overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.  The parties filed the Settlement Agreement with the Court under seal. See Docket No. 29.

Settlement agreements to resolve FLSA claims typically require court approval. See 29 U.S.C. § 216; King v. Raineri Const., LLC, 2015 WL 631253, No. 4:14-cv-1828, *2 (E.D.Mo. Feb. 12, 2015).  The Court has carefully reviewed the motion and the terms of the proposed settlement agreement and determines that it is the product of an arm's-length negotiation between counsel, and it is a fair and reasonable resolution of a bona fide dispute.  The attorneys' fees and litigation costs requested in the motion are reasonable, the service award payment requested in the motion is reasonable, and the settlement of the claims as to the FLSA Eligible Class Members according to the procedure set forth in the Settlement Agreement is therefore approved.  The parties shall administer the settlement of the FLSA Eligible Class Members as set forth in the Settlement Agreement.

2

Accordingly, the Court **GRANTS** the parties' motion (Docket No. 27) and **APPROVES** the parties' Settlement Agreement. The Court further certifies the Settlement Class pursuant to 29 U.S.C. § 216(b) for settlement purposes only and approves of the Notice and Claims forms attached to the Settlement Agreement.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2018.

>   */s/ Daniel L. Hovland*
>   Daniel L. Hovland, Chief Judge
>   United States District Court