# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeremy Scott, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Thru Tubing Solutions, Inc., )<br>)<br>Defendant. ) | **ORDER OF DISMISSAL**<br><br>Case No. 1:17-cv-037 |

_____

Before the Court is a "Joint Stipulation of Dismissal with Prejudice" filed on April 19, 2018. See Docket No. 31. The Court **ADOPTS** the stipulation (Docket No. 31), and **ORDERS** the Plaintiff's claims against the Defendant be dismissed with prejudice and without costs or disbursements to any party, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2018.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court